LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| RAYMOND A. MEDINA,<br><br>   Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, SSA<br>Deputy Commissioner for Operations,<br><br>   Defendant. | No. CV 17 – 06093 MRW<br><br>**ORDER AWARDING EAJA FEES** |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of TWO THOUSAND FIVE HUNDRED DOLLARS AND 28/100 ($2,500.28) subject to the terms of the stipulation.

DATE: 5/15/2018            _____

                                 HON. MICHAEL R. WILNER,
                                 UNITED STATES MAGISTRATE JUDGE